# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
_____

RICKY LEE MASON,             Civil Nos. 16-2340 (JRT/LIB)

    Plaintiff,

v.

MINNESOTA DEPARTMENT OF       **ORDER ADOPTING REPORT**
HUMAN SERVICES et al,           **AND RECOMMENDATIONS**

    Defendants.
_____

Ricky Lee Mason, MSOP, 1111 Highway 73, Moose Lake, MN 55767, *pro se* plaintiff.

James H. Clark III, **MINNESOTA ATTORNEY GENERAL'S OFFICE,** 445 Minnesota Street, Suite 1100, St. Paul, MN 55401, for defendants.

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter,

    **IT IS HEREBY ORDERED:**

    1. That Defendants' Motion to Dismiss, [Docket No. 15], is **GRANTED**.

    2. That all of Plaintiff's claims are **DISMISSED**.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 28, 2017             s/John R. Tunheim
at Minneapolis, Minnesota       JOHN R. TUNHEIM
                                            Chief Judge
                                            United States District Court